# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE REDFIELD, | : |
|     Plaintiff, | : Case No. 2:21-cv-01897-CMR |
| v. | : |
| OBALON THERAPEUTICS, INC., ANDREW RASDAL, RAYMOND DITTAMORE, DOUGLAS FISHER, LES HOWE, KIM KAMDAR, SHARON STEVENSON, WILLIAM PLOVANIC, OPTIMUS MERGER SUB, INC., and RESHAPE LIFESCIENCES INC., | : |
|     Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 19, 2021

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*